**CAUSE NO. D-I-GN-13-000812**

| | | |
|---|---|---|
| **THE STATE OF TEXAS, *ex. rel.* LAYNE D. FOOTE, MARK T. LORDEN, ROSEMARIE DE SOUZA, and KENNETH MCDONOUGH, M.D.,** | § | **IN THE DISTRICT COURT** |
| | § | **353d JUDICIAL DISTRICT** |
| **Plaintiffs,** | § | |
| **v.** | § | |
| **ASTRAZENECA, L.P., and ASTRAZENECA PHARMACEUTICALS, L.P.,** | § | **TRAVIS COUNTY, TEXAS** |
| **Defendants.** | | |

**NOTICE OF FILING OF DEFENDANTS' NOTICE OF REMOVAL**

To: The Clerk of the Court and Plaintiffs, by and through their attorneys of record, Eugenia La Fontaine Krieg, Assistant Attorney General, Civil Medicaid Fraud Division; P.O. Box 12548, Austin, Texas 78711-2548; Barry Abrams, Blank Rome LLP, 700 Louisiana, Ste 4000 Houston, TX 77002-2727; Alan M. Freeman, 600 New Hampshire, NW, Washington, DC 20037; W. Scott Simmer, Blank Rome LLP, 600 New Hampshire Ave., NW, Washington, DC 20037; Corey M. Weideman, Duane Morris LLP, 1330 Post Oak Blvd., Suite 800, Houston, TX 77056-3166; Teresa N. Cavenagh, Duane Morris, 30 South 17th Street, Philadelphia, PA 19103-4196; Sarah Frazier, Berg & Androphy, 3704 Travis, Houston, TX 77002-9500

PLEASE TAKE NOTICE that on February 4, 2015, Defendants AstraZeneca, L.P. and AstraZeneca Pharmaceuticals, L.P., (collectively "AstraZeneca" or "Defendants"), by counsel, removed this action by filing a Notice of Removal in the United States District Court for the Western District of Texas, Austin Division, together with a complete copy of all process, pleadings, and orders served upon Defendants in this action as of the date of the filing of the removal. A complete, true and correct copy of such Notice of Removal is attached hereto as Exhibit 1.

tabbies EXHIBIT B

Respectfully submitted,

/s/ C. Michael Moore

C. Michael Moore
State Bar No. 14323600
c.michael.moore@dentons.com
Matthew T. Nickel
State Bar No. 240564042
matt.nickel@dentons.com
Meagan E. Dyer
State Bar No. 24078453
meagan.dyer@dentons.com
Dentons US LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858
(214) 259-0900 -- *Telephone*
(214) 259-0910 -- *Facsimile*

**ATTORNEYS FOR DEFENDANTS ASTRAZENECA, L.P. AND ASTRAZENECA PHARMACEUTICALS, L.P.**

OF COUNSEL:

John C. Dodds
Sarah Richards Humble
Courtney B. Marello
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
215.963.5000
jdodds@morganlewis.com
shumble@morganlewis.com
cmarello@morganlewis.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2015, the foregoing document was served via United States mail upon the following:

Eugenia La Fontaine Kreig
Jonathan D. Bonilla
Sinty A. Chandy
Michael Garemko
Kris Kennedy
Brian H. Vanderzanden
Hanz Wasserburger
Brian Moore
Justin Dunlap
Assistant Attorneys General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, Texas 78711-2548

**Counsel for the State of Texas**

Barry Abrams
David Cohen
BLANK ROME LLP
700 Louisiana
Houston, Texas 77002-2727
BAbrams@BlankRome.com
DCohen@BlankRome.com

W. Scott Simmer
SIMMER LAW GROUP PPLC
The Watergate, Suite 10-A
600 New Hampshire Ave. NW
Washington, DC 20037
scott.simmer@simmerlaw.com

Alan M. Freeman
600 New Hampshire Avenue, NW
Washington, DC 20037
freeman@blankrome.com

**Counsel for Plaintiff/Relator Layne D. Foote and Mark T. Lorden**

Corey M. Weideman
DUANE MORRIS LLP
1330 Post Oak Blvd., Suite 800
Houston, TX 77056-3166
cmweideman@duanemorris.com

Teresa N. Cavenagh
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
tncavenagh@duanemorris.com

**Counsel For Plaintiff/Relator Kenneth McDonough, M.D.**

Sarah Frazier
Berg & Androphy
3704 Travis
Houston, TX 77002-9500

**Counsel For Plaintiff/Relator RoseMarie De Souza**

/s/ C. Michael Moore